| | |
|---|---|
| CH ROBINSON WORLDWIDE, INC. | Civil No. 18-2613 (JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| RONA SALES, LLC, | |
| Defendant. | |

Ryan D Simafranca, **SIMAFRANCA LAW OFFICE,** 7040 Lakeland Avenue North, Suite 111, Brooklyn Park, MN 55428, Timothy W Fafinski, **CORPORATE COUNSEL, PA,** 3411 Brei Kessel Road, Independence, MN 55359, for plaintiff.

Craig Edgar Shriver, **LAW OFFICE OF CRAIG E. SHRIVER,** 3564 Rolling View Drive, Suite K, White Bear Lake, MN 55110, for defendant.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation on January 4, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff CH Robinson Worldwide, Inc.'s Motion to Remand to State Court [Docket No. 4] be **GRANTED**; and

2. This action is remanded to Hennepin County District Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 25, 2019
at Minneapolis, Minnesota

                                          s/John R. Tunheim _____
                                          JOHN R. TUNHEIM
                                          Chief Judge
                                          United States District Court